

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 23, 2008

By Facsimile -- 212-805-7925

The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

RECEIVED
JAN 2 3 2008
JUDGE SWEET CHAMBERS

Re:   United States v. Eric Rivera Rivera, a/k/a "Danny"
      07 Cr. 871 (RWS)

Dear Judge Sweet:

The Government writes to inform Your Honor that the parties have reached an agreement regarding a disposition to this case and have set up a guilty plea for 11:00 a.m. on Friday, January 25, 2008 in Magistrate's Court. Accordingly, the parties ask that the conference set for this afternoon be adjourned.

In addition, the Government requests that time being excluded under the Speedy Trial Act until Friday. The Government maintains that the ends of justice served by taking this action outweigh the public's and defendant's interest in a speedy trial because this exclusion will allow the parties sufficient time to reach a disposition in this matter.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:  _____
Christopher L. LaVigne
Assistant U.S. Attorney
(212) 637-2325

So ordered
Sweet
USDJ
1-23-08

cc: Erika P. McDaniel, Esq. (by fax)