1920

1

81pWrivP

RECEIVED

JAN 2 8 2008

JUDGE SWEET CHAMBERS

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   UNITED STATES OF AMERICA,

4              v.                        07CR 871 (RWS)(GWG)

5   ERIC RIVERA RIVERA,

6                   Defendant.

7   ------------------------------x

8                                        New York, N.Y.
                                         January 25, 2008
9                                        11:15 a.m.

10

11   Before:

12              HON. GABRIEL W. GORENSTEIN,

                                         Magistrate Judge
13

14

15                      APPEARANCES

16   MICHAEL J. GARCIA
         United States Attorney for the
         Southern District of New York
17   CHRISTOPHER LAVIGNE
         Assistant United States Attorney
18

19   ERIKA EDWARDS
         Attorney for Defendant

20

21   ALSO PRESENT:   ELENA RICH, Spanish Interpreter

22              The recommendation and
                plea are accepted.
23              So ordered.
24              Sweet
25              U SDJ

SOUTHERN DISTRICT REPORTERS