UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -x
                                  :
UNITED STATES OF AMERICA          :
                                  :
          - v. -                  :     ORDER
                                  :
                                  :     07 Cr. 871 (RWS)
ERIC RIVERA RIVERA,               :
     a/k/a "Danny,"               :
                                  :
                 Defendant.       :
                                  :
- - - - - - - - - - - - - - - - -x

         WHEREAS, with the defendant's consent, his guilty plea

allocution was taken before United States Magistrate Judge

Gabriel W. Gorenstein on January 25, 2008;

         WHEREAS, a transcript of the allocution was made and

thereafter was transmitted to the District Court; and

         WHEREAS, upon review of that transcript, this Court has

determined that the defendant entered the guilty plea knowingly

and voluntarily and that there was a factual basis for the guilty

plea;

         IT IS HEREBY ORDERED that the defendant's guilty plea

is accepted.

SO ORDERED:

Dated:    New York, New York
          January 31, 2008

                                        Hon. Robert W. Sweet
                                        UNITED STATES DISTRICT JUDGE