UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6·3·2008
```

------------------------------------------------X

UNITED STATES OF AMERICA       :

               871
07 Cr. 970 (RWS)

    V.                           :

                    ORDER

ERIC RIVERA-RIVERA              :

------------------------------------------------X

HONORABLE ALVIN K. HELLERSTEIN, Unite States District Judge

Title 18, United States Code, Section 3153(c)(2)(e) the Director of the Administrative Office of the United States Courts is authorized, in certain limited cases, to issue regulations to allow for the release information to law enforcement agencies for law enforcement purposes.

ORDERED, pursuant to this statute, that Pretrial Services provide the United States Attorney's Office with any documents requested in connection with that office's investigation of the defendant in regard to an alleged violation of Title 18, United States Code, Sections 1001 and 1015.

Dated:    New York, New York
           May 30. 2008

                              SO ORDERED

                              ALVIN K. HELLERSTEIN
                              United States District Judge, Part 1